United States District Court
Southern District of Texas
**ENTERED**
February 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TERRY DEWAYNE WILLIAMSON,<br>     Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:16-CV-002 |
| UNITED STATES OF AMERICA, et al.,<br>     Defendant. | § § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Amended Report and Recommendation (Dkt. No. 4) in the above-referenced cause of action. No objections have been filed by the Defendant. After a de novo review of the file, the Magistrate Judge's Amended Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that the Defendant's petition for Writ of Habeas Corpus (Dkt. No. 1) is dismissed (1) with prejudice to the refiling of a substantively identical petition in this District Court, and (2) without prejudice to the filing of a 28 U.S.C. §2255 motion in a court of proper jurisdiction. Additionally, the Court declines to issue a certificate of appealability.

Signed on this __8th__ day of __February__, 2016.

United States District Court
Southern District of Texas
FILED

FEB 0 8 2016

David J. Bradley, Clerk of Court

_____
Rolando Olvera
United States District Judge